09CV1593-L(CAB)

**De la Rosa**

**-v-**

**Capital One Services, Inc. et al.**

**STRICKEN PER ORDER [10]**

9